In the Matter of the Estate of JAMES E. KRAFT, Deceased. SHIRLEY KRAFT, Voluntary Administratrix of the Estate of JAMES KRAFT, Deceased, Appellant; BRENDA KRAFT, Respondent. [890 NYS2d 887]—

Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.

In the Matter of SCOTT ADELINE, Petitioner, v DAVID UNGER, Superintendent, Wyoming Correctional Facility, Respondent. [891 NYS2d 924]—

Present—Centra, J.P., Peradotto, Green and Pine, JJ.